## AFFIDAVIT OF SERVICE

Commonwealth of Pennsylvania     County of Philadelphia     Common Pleas Court

Case Number: USA-160061

Plaintiff:
**UNITED STATES OF AMERICA**

vs.

Defendant:
**MICHAEL D GREEN**

LBI2017001320

For:
KML Law Group, P.C.
701 Market Street
Suite #5000
Philadelphia, PA 19106

Received by KML Law Group, P.C. to be served on **MICHAEL D GREEN, 5810 FILBERT ST, PHILADELPHIA, PA 19139**.

I, Edward Ramos for ER Legal Servers LLC, being duly sworn, depose and say that on the **24th day of April, 2017** at **10:49 am**, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **SUMMONS IN A CIVIL ACTION ( RECOVERY OF DEFUALTED STUDENT LOANS )** with **CORNELL GREEN( RELATIONSHIP:  BROTHER)** at **5810 FILBERT ST, PHILADELPHIA, PA 19139**, the said premises being the respondent's place of **Abode** within the State of PENNSYLVANIA.

**Description** of Person Served: Age: 60, Sex: M, Race/Skin Color: A/AMERICAN, Height: 5'10, Weight: 165, Hair: SP/BR, Glasses: N

I certify that I am over the age of 18 or older and that I am not a party to the action nor an employee nor relative of a party, and that I attempted to serve upon named Defendant a true and correct copy of the above captioned on the date and manner noted above.

Subscribed and Sworn to before me on the 24th day of April, 2017 by the affiant who is personally known to me

NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
EVITA N CRESPO
Notary Public
CITY OF PHILADELPHIA, PHILADELPHIA CNTY
My Commission Expires Nov 19, 2018

Edward Ramos for ER Legal Servers LLC
Process Server

KML Law Group, P.C.
701 Market Street
Suite #5000
Philadelphia, PA 19106

Our Job Serial Number: LBI-2017001320
Ref: USA-160061

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.2e