UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff<br><br>v.<br><br>MICHAEL D. GREEN,<br>                    Defendant | No. 16-06469 |

## DEFAULT JUDGMENT

AND NOW, this __19th__ day of __May__, 2017, it appearing by Affidavit of Plaintiff, United States of America, on behalf of its Agency, the Department of Education, by its specially appointed counsel, KML Law Group, P.C., by Rebecca A. Solarz, Esquire, that the Complaint in the above-captioned action was filed in the Court on Thursday, December 15, 2016 and, after due service of process on Defendant, MICHAEL D. GREEN, according to law, no appearance, answer or other defense has been served or filed by or on behalf of Defendant,

JUDGMENT IS ENTERED in favor of the Plaintiff, United States of America, on behalf of its Agency, the Department of Education, and against Defendant, MICHAEL D. GREEN, in the amount of $8,883.71. Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

Date:   May 19, 2017

KATE BARKMAN
Clerk, United States District Court
EasternDistrict of Pennsylvania

By:   __S/ Terry Milano__
Deputy Clerk